ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
PAUL H. ROCHMES (SBN 077928)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California  90012
    Telephone:  (213) 894-2413
    Facsimile:  (213) 894-0115
    Email: paul.rochmes@usdoj.gov

Attorneys for United States of America



FILED
CLERK, U.S. DISTRICT COURT

FEB 27 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV13-01321-GHK(PJWx)

UNITED STATES OF AMERICA,      )  Case No. CV 13-
                               )
              Petitioner,      )  [PROPOSED]
                               )
        vs.                    )  ORDER TO SHOW CAUSE
                               )
ARIEL LUNA,                    )
                               )
              Respondent.      )
                               )
                               )
                               )

    Upon the Petition and supporting Memorandum of Points and
Authorities, and the supporting Declaration to the Petition, the
Court finds that Petitioner has established its *prima facie* case
for judicial enforcement of the subject Internal Revenue Service
("IRS" and "Service") summons. *See* <u>United States v. Powell</u>,
379 U.S. 48, 57-58 (1964); *see also*, <u>Crystal v. United States</u>,
172 F.3d 1141, 1143-44 (9th Cir. 1999); <u>United States v. Jose</u>,
131 F.3d 1325, 1327 (9th Cir. 1997); <u>Fortney v. United States</u>,
59 F.3d 117, 119-20 (9th Cir. 1995) (the Government's *prima facie*

1  case is typically made through the sworn declaration of the IRS

2  agent who issued the summons); *accord*, <u>United States v. Gilleran</u>,

3  992 F.2d 232, 233 (9th Cir. 1993).

4      Therefore, **IT IS ORDERED** that Respondent appear before this

5  District Court of the United States for the Central District of

6  California, in Courtroom No. 650,

7  ☐  United States Courthouse

8      312 North Spring Street, Los Angeles, California, 90012

9  ☒  Roybal Federal Building and United States Courthouse

10     255 E. Temple Street, Los Angeles, California, 90012

11 ☐  Ronald Reagan Federal Building and United States Courthouse

12     411 West Fourth Street, Santa Ana, California, 92701

13 ☐  Brown Federal Building and United States Courthouse

14     3470 Twelfth Street, Riverside, California, 92501

15 on April 15, 2013, at 9:30 a.m.,

16 and show cause why the testimony and production of books, papers,

17 records, and other data demanded in the subject Internal Revenue

18 Service summons should not be compelled.

19     **IT IS FURTHER ORDERED** that copies of this Order, the

20 Petition, Memorandum of Points and Authorities, and accompanying

21 Declaration be served promptly upon Respondent by any employee of

22 the Internal Revenue Service or the United States Attorney's

23 Office, by personal delivery, or by leaving copies of each of the

24 foregoing documents at the Respondent's dwelling or usual place

25 of abode with someone of suitable age and discretion who resides

26 there, or by certified mail.

27     **IT IS FURTHER ORDERED** that within ten (10) days after

28 service upon Respondent of the herein described documents,

1  Respondent shall file and serve a written response, supported by

2  appropriate sworn statements, as well as any desired motions.

3  If, prior to the return date of this Order, Respondent files a

4  response with the Court stating that Respondent does not desire to

5  oppose the relief sought in the Petition, nor wish to make an

6  appearance, then the appearance of Respondent at any hearing

7  pursuant to this Order to Show Cause is excused, and Respondent

8  shall be deemed to have complied with the requirements of this

9  Order.

10

11  //

12  //

13  //

14  //

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

1     **IT IS FURTHER ORDERED** that all motions and issues raised by

2 the pleadings will be considered on the return date of this

3 Order.  Only those issues raised by motion or brought into

4 controversy by the responsive pleadings and supported by sworn

5 statements filed within ten (10) days after service of the herein

6 described documents will be considered by the Court.  All

7 allegations in the Petition not contested by such responsive

8 pleadings or by sworn statements will be deemed admitted.

9

10 DATED:  This ___ day of _____, 2013.

11

12                                   _____

13                                   HON.
                                  UNITED STATES DISTRICT JUDGE

14 Presented By:

15 ANDRÉ BIROTTE JR.
United States Attorney

16

17 SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

18

19

20 _____
PAUL H. ROCHMES

21 Assistant United States Attorney
Attorney for the United States of America

22

23

24

25

26

27

28